FILED

05/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0008

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0008

_____

THE ESTATE OF MATEO MAGNIA CHAVEZ,

    Plaintiff and Appellee,

  v.                                     O R D E R

THE ESTATE OF ALFRED CHAVEZ JR.,

    Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Howard F. Recht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 31 2023